IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-CR-00058-D-1

| | |
|---|---|
| **United States of America**,<br><br>v.<br><br>**Margaret Louise Dalton**,<br><br>Defendant. | **Order** |

The court recently adjudicated the Defendant guilty of a federal criminal offense. The United States has asked the court to order that the Defendant be detained while awaiting the imposition and execution of the Defendant's sentence.

Having heard from the parties, the court finds, for the reasons stated on the record, that it is appropriate to detain the Defendant pending the imposition and execution of his sentence under 18 U.S.C. § 3143. The court thus grants the United States' motion.

The court remands the Defendant to the custody of the United States Marshal. The Defendant must be afforded a reasonable opportunity for private consultation with defense counsel.

On order of a court of the United States or on request of an attorney for the Government, the person in charge of the facility housing the Defendant must deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 8, 2026

Robert T Numbers II

Robert T. Numbers, II
United States Magistrate Judge